UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEWIS BELL,

        Plaintiff,                              No. 13-10171

v.                                          District Judge Gerald E. Rosen
                                            Magistrate Judge R. Steven Whalen

DERRICK DIXON, ET AL.,

        Defendants.
_____/

## ORDER

      Before the Court is *pro se* Plaintiff Lewis Bell's motion for discovery [Doc. #28], along with Defendants' response [Doc. #30] and Plaintiff's reply [Doc. #32]. Plaintiff does not allege that the Defendants have failed to respond to properly served discovery requests, but rather asks the Court to order production of specific documents. The Defendants suggest that "plaintiff's Motion for Discovery be treated as a numbered Request for Production of Documents, and that defendants be ordered to answer the same 30 days from order of the court." *Response*, p. 4. I agree.

      Therefore, the Plaintiff's motion is GRANTED to the extent that the 13 items set forth therein will be considered Requests for Production of Documents under Fed.R.Civ.P. 34. Defendants shall answer these requests, i.e., by producing the requested documents and/or interposing written, good-faith objections, as provided in Rule 34(b)(2), no later than 30 days from the date of this Order.

IT IS SO ORDERED.

s/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Date: April 18, 2016

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on April 18, 2016, electronically and/or by U.S. mail.

s/Carolyn M. Ciesla
Case Manager to the
Honorable R. Steven Whalen